# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>                    Plaintiff,<br><br>       v.<br><br>GARRETT SEWARD,<br><br>                    Defendant.<br>_____/ | Case No. 1:14-cv-00277-SKO (PC)<br><br>ORDER (1) DIRECTING CLERK'S OFFICE TO SEND REGULAR CIVIL IFP APPLICATION AND (2) REQUIRING PLAINTIFF TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |

Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 28, 2014.  Plaintiff did not pay the $400.00 filing fee or file an application for leave to proceed in forma pauperis.

The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application. Plaintiff shall either pay the 400.00 filing fee or file an application for leave to proceed in forma pauperis within thirty days from the date of service of this order.  **The failure to do so will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **March 4, 2014**                             **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE