# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>GARRETT SEWARD,<br><br>          Defendant.<br>_____/ | Case No. 1:14-cv-00277-SKO (PC)<br><br>ORDER DENYING MOTION FOR<br>TEMPORARY RESTRAINING ORDER<br><br>(Doc. 7) |

Plaintiff Archie Cranford, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 28, 2014. On March 24, 2014, Plaintiff filed a motion seeking a temporary restraining order prohibiting Defendant Seward from coming within 50,000 feet of him and mandating that Plaintiff remain in his current housing location.

The analysis for a temporary restraining order is substantially identical to that for a preliminary injunction, *Stuhlbarg Intern. Sales Co., Inc. v. John D. Brush and Co., Inc.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001), and "[a] preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 24, 129 S.Ct. 365, 376 (2008) (citation omitted). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is

1 in the public interest." *Id.* at 20 (citations omitted).  An injunction may only be awarded upon a
2 *clear showing* that the plaintiff is entitled to relief.  *Id.* at 22 (citation omitted) (emphasis added).
3      In this case, Plaintiff has not demonstrated likelihood of success on the merits, likelihood
4 of irreparable harm, a balance of equities in his favor, or that an injunction is in the public interest.
5      Accordingly, Plaintiff's motion for a temporary restraining order, filed on March 24, 2014,
6 is HEREBY DENIED.  Fed. R. Civ. P. 65; Local Rule 231; *Winter*, 555 U.S. at 24.

IT IS SO ORDERED.

   Dated:   **March 26, 2014**                         /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE