# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>GARRETT SEWARD,<br><br>    Defendant.<br>_____/ | Case No. 1:14-cv-00277-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1 and 9) |

       Plaintiff Archie Cranford, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 28, 2014. On April 7, 2014, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915(e). More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///
///
///
///

1  Accordingly, pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with
2 prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under
3 section 1983.

IT IS SO ORDERED.

Dated:   **June 4, 2014**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE